(*Counsel listed on next page*)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEVAN RIVERA, individually and on behalf of a class of similarly situated individuals,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SODEXO, INC., a Delaware Corporation, SDH EDUCATION WEST LLC, a Delaware LLC, and DOES 1 - 100, inclusive,<br><br>　　　　　Defendants. | No. 2:18-cv-10086-RGK (JPRx)<br><br>**JOINT STIPULATION FOR ENTRY OF FINAL JUDGMENT**<br><br>Courtroom:　850<br>Judge:　　　Hon. R. Gary Klausner<br><br>Trial date:　December 17, 2019<br>Comp. filed:　October 4, 2018 |

ERIC S. MINTZ (Cal. State Bar No. 207384)
THEODORE R. TANG (Cal. State Bar No. 313294)
EMMANUEL STARR (Cal. State Bar No. 319778)
FRONTIER LAW CENTER, APC
23901 Calabasas Road, Suite 2074
Calabasas, California 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433
eric@frontierlawcenter.com
theodore@frontierlawcenter.com
manny@frontierlawcenter.com

Attorneys for Plaintiff
Estevan Rivera

JEFFREY D. WOHL (Cal. State Bar No. 096838)
PAUL A. HOLTON (Cal. State Bar No. 313047)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
paulholton@paulhastings.com

Attorneys for Defendants
Sodexo, Inc., and SDH Education West, LLC

Plaintiff Estevan Rivera and defendants Sodexo, Inc., and SDH Education West, LLC (collectively, "Sodexo"), acting through their counsel of record, stipulate and respectfully request of the Court as follows:

1. This putative wage-and-hour class action was brought on October 4, 2018.

2. On February 28, 2019, plaintiff moved for class certification. (ECF 19.) On March 7, 2019, the Court set the hearing on the motion for class certification for April 8, 2019. (ECF 24.) On March 18, 2019, Sodexo filed its opposition to plaintiff's motion for class certification. (ECF 25.) On March 25, 2019, plaintiff filed a reply in support of his motion for class certification. (ECF 26.)

3. On March 26, 2019, defendants extended to plaintiff an offer of judgment under Rule 68, Federal Rules of Civil Procedure. On April 3, 2019, plaintiff accepted the Rule 68 offer, and the parties filed with the Court copies of both the Rule 68 offer and acceptance. (ECF 32, 33.) Pursuant to the Rule 68 offer, the issues of attorneys' fees and costs remained to be decided.

4. On April 4, 2019, the parties filed with the Court a joint stipulation, requesting, in part, that, in light of plaintiff's acceptance of the Rule 68 offer, his motion for class certification be deemed moot. (ECF 34.) The following day, the Court ordered that plaintiff's motion for class certification was moot. (ECF 35.)

5. On April 8, 2019, during the scheduling conference in this matter, the Court ordered that, by May 6, 2019, either (i) the parties file with the Court a stipulation for the entry of final judgment, including an award to plaintiff of attorneys' fees and costs pursuant to the accepted Rule 68 offer, or (ii) plaintiff files with the Court a motion for entry of final judgment, including an award to plaintiff of attorneys' fees and costs pursuant to the accepted Rule 68 offer. (ECF 37.)

6. The parties conferred about attorneys' fees and costs and agreed that plaintiff should receive $25,000 in attorneys' fees and costs.

7. Accordingly, the parties stipulate and respectfully request that the Court enter final judgment in this matter pursuant to the accepted Rule 68 offer, including an

award to plaintiff of $25,000 in attorneys' fees and costs, and dismiss this action with prejudice, in the form appearing as Exhibit A to this joint stipulation.

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Jeffrey D. Wohl, attest that all other signatories listed concur in this filing's content and have authorized the filing.

Dated: April 15, 2019.

ERIC S. MINTZ
THEODORE R. TANG
EMANUEL STARR
FRONTIER LAW CENTER, APC

By: */s/ Emmanuel Starr*
Emmanuel Starr
Attorneys for Plaintiff Estevan Rivera

Dated: April 15, 2019.

JEFFREY D. WOHL
PAUL A. HOLTON
PAUL HASTINGS LLP

By: */s/ Jeffrey D. Wohl*
Jeffrey D. Wohl
Attorneys for Defendants Sodexo, Inc., and SDH Education West, LLC

# EXHIBIT A

(*Counsel listed on next page*)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEVAN RIVERA, individually and on behalf of a class of similarly situated individuals,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SODEXO, INC., a Delaware Corporation, SDH EDUCATION WEST LLC, a Delaware LLC, and DOES 1 - 100, inclusive,<br><br>　　　　Defendants. | No. 2:18-cv-10086-RGK (JPRx)<br><br>**[PROPOSED] FINAL JUDGMENT**<br><br>Courtroom:　　850<br>Judge:　　　　Hon. R. Gary Klausner<br><br>Trial date:　　　None<br>Complaint filed:　October 4, 2018 |

ERIC S. MINTZ (Cal. State Bar No. 207384)
THEODORE R. TANG (Cal. State Bar No. 313294)
EMMANUEL STARR (Cal. State Bar No. 319778)
FRONTIER LAW CENTER, APC
23901 Calabasas Road, Suite 2074
Calabasas, California 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433
eric@frontierlawcenter.com
theodore@frontierlawcenter.com
manny@frontierlawcenter.com

Attorneys for Plaintiff
Estevan Rivera

JEFFREY D. WOHL (Cal. State Bar No. 096838)
PAUL A. HOLTON (Cal. State Bar No. 313047)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
paulholton@paulhastings.com

Attorneys for Defendants
Sodexo, Inc., and SDH Education West, LLC

On the stipulation of plaintiff Estevan Rivera and defendants Sodexo, Inc., and SDH Education West, LLC, and good cause appearing therefor,

IT IS ORDERED, ADJUDICATED AND DECREED that, in accordance with the terms of the accepted offer made by defendants to plaintiff under Rule 68, Federal Rules of Civil Procedure (ECF 32, 33), judgment be granted in favor of plaintiff and against defendants as follows:

Defendants to pay to plaintiff $3,000, less any applicable payroll tax deductions and withholdings, plus $25,000 in attorneys' fees and costs.

The action is dismissed with prejudice, each side to bear its own costs and attorneys' fees except as provided above.

Dated: April ___, 2019.

_____
R. Gary Klausner
United States District Judge