(*Counsel listed on next page*)

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEVAN RIVERA, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>SODEXO, INC., a Delaware Corporation, SDH EDUCATION WEST LLC, a Delaware LLC, and DOES 1 - 100, inclusive,<br><br>Defendants. | No. 2:18-cv-10086-RGK (JPRx)<br><br>[~~PROPOSED~~] FINAL JUDGMENT<br><br>Courtroom: 850<br>Judge: Hon. R. Gary Klausner<br><br>Trial date: None<br>Complaint filed: October 4, 2018 |

ERIC S. MINTZ (Cal. State Bar No. 207384)
THEODORE R. TANG (Cal. State Bar No. 313294)
EMMANUEL STARR (Cal. State Bar No. 319778)
FRONTIER LAW CENTER, APC
23901 Calabasas Road, Suite 2074
Calabasas, California 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433
eric@frontierlawcenter.com
theodore@frontierlawcenter.com
manny@frontierlawcenter.com

Attorneys for Plaintiff
Estevan Rivera


JEFFREY D. WOHL (Cal. State Bar No. 096838)
PAUL A. HOLTON (Cal. State Bar No. 313047)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
paulholton@paulhastings.com

Attorneys for Defendants
Sodexo, Inc., and SDH Education West, LLC

| | |
|---|---|
| 1 | On the stipulation of plaintiff Estevan Rivera and defendants Sodexo, Inc., and SDH Education West, LLC, and good cause appearing therefor, |
| 2 | |
| 3 | IT IS ORDERED, ADJUDICATED AND DECREED that, in accordance with the terms of the accepted offer made by defendants to plaintiff under Rule 68, Federal Rules of Civil Procedure (ECF 32, 33), judgment be granted in favor of plaintiff and against defendants as follows: |

On the stipulation of plaintiff Estevan Rivera and defendants Sodexo, Inc., and SDH Education West, LLC, and good cause appearing therefor,

IT IS ORDERED, ADJUDICATED AND DECREED that, in accordance with the terms of the accepted offer made by defendants to plaintiff under Rule 68, Federal Rules of Civil Procedure (ECF 32, 33), judgment be granted in favor of plaintiff and against defendants as follows:

Defendants to pay to plaintiff $3,000, less any applicable payroll tax deductions and withholdings, plus $25,000 in attorneys' fees and costs.

The action is dismissed with prejudice, each side to bear its own costs and attorneys' fees except as provided above.

Dated: May 9, 2019.

*/s/ Gary Klausner*
R. Gary Klausner
United States District Judge

2
FINAL JUDGMENT
U.S.D.C., C.D. Cal., No. 2:18-cv-10086-RGK (JPRx)

LEGAL_US_W # 98228215.2